IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| CLEAN SMILE INC.; ANTON D. GLASSCO; and JEROME A. JAMES II; | * * * |
| Plaintiffs, | * * |
| vs. | *    No. 4:11CV00566 SWW *  |
| STATE OF ARKANSAS; MIKE BEEBE; GRANT TENNILLE; and PATRICIA NUNN BROWN; | * * * * |
| Defendants. | * |

## Judgment

Pursuant to the Memorandum and Order entered in this matter on this date, plaintiffs' complaint is dismissed without prejudice for lack of jurisdiction.

DATED this 10th day of November, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE